UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEL PRENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-cv-06749 |
| | ) | |
| KOHL'S DEPARTMENT STORES, INC. | ) | Hon. Judge William Hart |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO COMPEL**

NOW COMES the Plaintiff, CARMEL PRENDERGAST, by and through her attorneys, PITTACORA & CROTTY, LLC, and moves this Court for an Order compelling Defendant, KOHL'S DEPARTMENT STORES, INC. to respond to Plaintiff's written discovery requests within seven (7) days, and in support thereof, states as follows:

1. On or about November 13, 2007, Plaintiff served Interrogatories and Requests to Produce on Kohl's. A copy of Plaintiff's Interrogatories and Requests to Produce are attached hereto as Exhibit A.

2. On or about January 2, 2008, this matter was up for initial status after Defendant filed a Petition for Removal to federal court. After that hearing, Nancy Woodworth, counsel for Defendant, indicated that she was aware that Defendant's responses to written discovery were overdue, and that Kohl's would be answering written discovery shortly thereafter.

3. On or about January 23, 2008, after several follow-up telephone calls between Nancy Woodworth and undersigned counsel, Plaintiff's counsel sent

correspondence to Kohl's counsel indicating that responses were to be provided within seven days, or by January 30, 2008. No responses to written discovery were received. A copy of Plaintiff's January 23, 2008 correspondence is attached hereto as Exhibit B.

4. On or about February 5, 2008, Nancy Woodworth again telephoned undersigned counsel to request an extension of time to respond, and indicated responses to discovery would be forthcoming by Friday, February 8, 2008. No responses to written discovery were received.

5. Pursuant to this Court's January 2, 2008 Order, the deadline to complete fact discovery in this matter is May 1, 2008. Plaintiff needs responses to Defendant's written discovery to determine the extent of oral discovery needed in this matter.

6. Moreover, Defendant has made no attempt to comply with its discovery obligations throughout this matter. Specifically, Defendant served a Notice of Deposition for Plaintiff in or around October 2007. Through discussions between counsel for both parties, a deposition date of November 19, 2007 was agreed upon. However, on November 19, 2007, counsel for Plaintiff and Plaintiff arrived at Defendant's counsel's office, only to be informed that Defendant was unprepared to take Plaintiff's deposition. At no point in time did Defendant's counsel notify Plaintiff's counsel that the deposition had been cancelled prior to November 19th.

7. As indicated herein, undersigned counsel has made several attempts to confer with counsel for Kohl's to resolve this discovery issue in good faith pursuant to Local Rule 37.2.

WHEREFORE, Plaintiff, CARMEL PRENDERGAST, respectfully requests this Court enter an Order compelling Defendant, KOHL'S DEPARTMENT STORES, INC. to answer written discovery within seven (7) days, for fees and costs associated with bringing this motion and presenting Plaintiff for her deposition, and for any other relief that this Court deems equitable and just.

Dated: February 14, 2008

                              Respectfully submitted,

                              CARMEL PRENDERGAST

                              By:    s/Elizabeth S. Stevens
                                      One of her attorneys

James R. Pittacora
Elizabeth S. Stevens
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
(708) 390-2800
(708) 390-2801 – Facsimile
es@pittacoracrotty.com
jp@pittacoracrotty.com