# EXHIBIT B

# PITTACORA
# & CROTTY, LLC
*Attorneys at Law*

9550 W. Bormet Drive  
Suite 205  
Mokena, IL 60448  
(708) 390-2800  
(708) 390-2801 (fax)

January 23, 2008

<u>*Via Facsimile*</u>  
*(312) 645-7711*

Nancy Woodworth  
Segal McCambridge Singer & Mahoney  
Sears Tower  
Suite 5500  
Chicago, IL 60606

      RE:    Carmel Prendergast v. Kohl's Department Stores, Inc.  
             07 cv 6749

Dear Ms. Woodworth:

On November 13, 2007, we served written Interrogatories and Request for Production of Documents to Defendant on behalf of Plaintiff, Carmel Prendergast. Pursuant to the Federal Rules of Civil Procedure, Defendant's responses to Plaintiff's discovery requests were due on **December 13, 2007.** To date, we have not received a response. Please provide your client's responses to Plaintiff's discovery requests within seven (7) days, or on or before **January 30, 2008**.

Please consider this correspondence Plaintiff's attempt to resolve these discovery issues pursuant to Local Rule 37.2.

Sincerely,

Elizabeth S. Stevens

cc: Carmel Prendergast