UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEL PRENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-cv-06749 |
| | ) | |
| KOHL'S DEPARTMENT STORES, INC. | ) | Hon. Judge William Hart |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Steven A. Hart
Nancy S. Woodworth
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on **February 20, 2008**, at **11:00 a.m.**, we shall appear before the **Honorable Judge William Hart in Room 2243, U.S. District Court - Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604**, and shall then and there present the attached **PLAINTIFF'S MOTION TO COMPEL**, a true and correct copy of which is attached hereto.

PITTACORA & CROTTY, LLC

By: _s/ Elizabeth S. Stevens_
One of the Attorneys for Plaintiff

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois  60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEL PRENDERGAST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 07-cv-06749 |
| ) | |
| KOHL'S DEPARTMENT STORES, INC. ) | Hon. Judge William Hart |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

To: Steven A. Hart
Nancy S. Woodworth
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606

PLEASE TAKE NOTICE, that on **February 14, 2008**, the undersigned served a true and correct copy of, **PLAINTIFF'S MOTION TO COMPEL,** to the above-named counsel by electronic delivery pursuant to Local Rule 5.9 of the Federal Rules of Civil Procedure for the U.S. District Court, Northern District of Illinois, Eastern Division.

                                                  s/Elizabeth S. Stevens
                                                  Elizabeth S. Stevens

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
**PITTACORA & CROTTY, LLC**
9550 W. Bormet Drive, Suite 205
Mokena, Illinois  60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com