**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Carmel Prendergast
                               Plaintiff,

v.                                                      Case No.: 1:07–cv–06749
                                                      Honorable William T. Hart

Kohl's Department Stores, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

       MINUTE entry before Judge William T. Hart :Motion hearing set for 2/20/2008 is stricken. Plaintiff's motion to compel [10] is granted. Defendant is to answer written discovery by 2/27/2008.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.