Firm I.D. No. 13681                              7095.132                              SAH/NW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARMEL PRENDERGAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-cv-06749 |
| | ) |
| KOHL'S DEPARTMENT STORES, INC. | ) |
| | ) |
| Defendant. | ) |

## AGREED MOTION FOR BRIEF EXTENSION OF TIME
## TO COMPLETE MEDICAL DISCOVERY

Defendant, Kohl's Department Stores, Inc., by and through its attorneys, SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD., respectfully submits the following Agreed Motion for Brief Extension of Time to Complete Medical Discovery. In support thereof, Defendant states as follows:

1. Discovery is scheduled to close in this matter on June 16, 2008.

2. Defendant requires additional time to complete medical discovery, due to scheduling difficulties with Plaintiff Carmel Prendergast's treating physicians and ER doctor.

3. Pursuant to Local Rule 37.2, counsel for Plaintiff has been contacted and agreed to Defendant's request for a sixty (60) day enlargement of time to complete medical discovery, up to and including August 11, 2008. (See Exhibit A).

4. In this case, Plaintiff Carmel Prendergast sought treatment for her alleged injuries from fourteen (14) different medical providers, including: Orland Park Paramedics, Palos Community Hospital, Palos Heights Paramedics, Palos Community Hospital, Christ Women's Center, Rush University Pain, SurgiCenter, Advocate High Tech Medical Emergency Center, Southwest Obstetrics & Gynecology, Ltd., Dr. Klompein, Midwest Eye Professionals, South

Chicago Orthopedics, and Illinois Heart and Vascular. (See Plaintiff's Response to Interrogatory No. 5.)

5. Defendant has been repeatedly seeking available dates for deposition from the offices of Plaintiff's treating physicians' since April 2008.

6. On May 29, 2008, Defendant successfully completed the deposition of Plaintiff's treating physician, Dr. Karen Will, at Christ Women's Center.

7. The deposition of Dr. Buvandendran of Rush Pain Center is currently scheduled and confirmed for June 17, 2008; the deposition of Dr. Goldberg of Palos Community Hospital Emergency Department is currently scheduled and confirmed for July 1, 2008; and finally the deposition of Dr. Rhode of Orland Park Orthopedics is currently scheduled and confirmed for July 2, 2008.

8. Despite defense counsel's diligent efforts, she was unable to procure available deposition dates from Drs. Buvandendran, Goldberg and Rhodes prior to the June 16, 2008 discovery deadline, due to scheduling difficulties resulting from these doctors' busy schedules. Therefore, Defendant respectfully requests a brief extension of time to allow her to complete these depositions.

9. No party will be prejudiced by allowing this brief enlargement of time.

10. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant, Kohl's Department Stores, Inc., respectfully requests that this Court grant its Agreed Motion for Brief Extension of Time to Complete Medical Discovery, up to and including August 11, 2008, and for all other just relief in the premises.

Respectfully Submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s/ Nancy Woodworth
One of the Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

Steven A. Hart, Esq.
Nancy S. Woodworth, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500, 233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 [Fax]

## CERTIFICATE OF SERVICE

I, Nancy Woodworth, certify that I served the foregoing **Agreed Motion for Brief Extension of Time to Complete Medical Discovery** upon the counsel of record listed below, via facsimile and regular U.S. Mail, proper postage pre-paid, from the offices of Segal McCambridge Singer & Mahoney, Ltd., Sears Tower, Suite 5500, 233 S. Wacker Drive, Chicago, IL 60606, this **13th** day of **June, 2008**.

James R. Pitticora
Elizabeth S. Stevens
Pittacora & Crotty, LLC
9550 W. Bormet Dr., Ste. 205
Mokena, Illinois  60448
*(Plaintiff's Counsel)*

/s/ Nancy Woodworth
Nancy S. Woodworth, Esq.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct

Nancy S. Woodworth, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500, 233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 [Fax]

3