

**Nancy S. Woodworth**
Direct (312) 644-3544
nwoodworth@smsm.com
*Also Admitted in Indiana*

June 12, 2008

**VIA U.S. MAIL and FACSIMILE**

James R. Pitticora
Pittacora & Crotty, LLC
9550 W. Bormet Dr., Ste. 205
Mokena, Illinois 60448

      RE:    **UNITED STATES DISTRICT COURT – NORTHERN ILLINOIS**
              *Carmel Prendgergast v. Kohl's Department Stores, Inc.*
              Cause Number: 07 C 06749

Dear Mr. Pitticora:

      Please allow this correspondence to confirm our telephone conversation today, during which you agreed to extend the deadline for completion of medical discovery an additional sixty (60) days. As we discussed, I have been working diligently to obtain available dates from Dr. Buvanendran, Dr. Goldberg and Dr. Rhode. However, due to scheduling difficulties, we were not able to schedule these depositions prior to the June 16, 2008 deadline. Thank you for your professional courtesy in agreeing to additional time.

      As you know, we have confirmed the depositions of these doctors for the following dates: Dr. Buvandendran's deposition is scheduled for June 17, 2008; Dr. Goldberg's deposition is scheduled for July 1, 2008; and Dr. Rhode's deposition is scheduled for July 2, 2008.

      Should you have any questions, please feel free to contact me.

                                          Very truly yours,

                                          SEGAL McCAMBRIDGE SINGER & MAHONEY LTD.

                                          *Nancy Woodworth*

                                          Nancy S. Woodworth

NSW
Enclosures
cc:    Steven A. Hart, Partner
       Emilie Caulfield, Paralegal



Sears Tower, Suite 5500 Chicago, Il 60606, Tel (312) 645-7800   Fax (312) 645-7711
www.smsm.com