Firm I.D. No. 13681                               7095.132                                    SAH/NW

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARMEL PRENDERGAST,           )<br>                                                   )<br>              Plaintiff,              )<br>                                                   )<br>         v.                                       )    Case No.  07-cv-06749<br>                                                   )<br>KOHL'S DEPARTMENT STORES, INC. )<br>                                                   )<br>              Defendant.           ) | |

### NOTICE OF MOTION

TO:   James R. Pitticora
         Elizabeth S. Stevens
         Pittacora & Crotty, LLC
         9550 W. Bormet Dr., Ste. 205
         Mokena, Illinois  60448
         *(Plaintiff's Counsel)*

     YOU ARE HEREBY NOTIFIED that on **Wednesday, June 18, 2008 at 11:00 a.m.**, or as soon thereafter as may be heard, we shall appear before the Honorable Judge William T. Hart in Room 2243 at the Dirksen Federal Courthouse located at 219 S. Dearborn Street, and then and there present **Defendant's Agreed Motion for Brief Extension of Time to Complete Medical Discovery,** a copy of which is attached hereto.

                                                              /s/ Nancy S. Woodworth
                                                      SEGAL McCAMBRIDGE, SINGER & MAHONEY, LTD.
                                                      One of the Attorneys for Defendant

Steven A. Hart, Esq.
Nancy S. Woodworth, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500, 233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 [Fax]