IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEL PRENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-CV-06749 |
| | ) | |
| KOHL'S DEPARTMENT STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT, KOHL'S DEPARTMENT STORES, INC.'S
MOTION FOR SUMMARY JUDGMENT</u>**

Respectfully submitted,

Segal McCambridge Singer & Mahoney, Ltd.

By: <u>s/ Nancy S. Woodworth</u>
  Nancy S. Woodworth, #6288723
  One of the Attorneys for Defendant,
  Kohl's Department Stores, Inc.

Steven A. Hart, Esq. #6211008
Nancy S. Woodworth, Esq. #6288723
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower – Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711