IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEL PRENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   07-CV-06749 |
| | ) | |
| KOHL'S DEPARTMENT STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT, KOHL'S DEPARTMENT STORES, INC.'S MOTION FOR SUMMARY JUDGMENT

### TABLE OF AUTHORITIES

**CASES**

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 (U.S. 1986)..................................................5
*Arvidson v. Elmhurst,* 145 N.E.2d 105 (Ill. 1957).........................................................................11
*Atkins v. United States*, 1995 U.S. Dist. LEXIS 4451 (N.D.Ill) ....................................................3
*Bucheleres v. Chicago Park Dist.*, 665 N.E.2d 826, 832 (Ill. 1996)......................................7,8,14
*Carlson v. Wal-Mart Stores, Inc.*, 2007 U.S. Dist LEXIS 94441 (N.D. Ill.)..................................3
*Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (U.S. 1986) ..............................................................5
*Curatola v. Village of Niles*, 608 N.E.2d 882, 888 (Ill. 1993).....................................................6,7
*Deibert v. Bauer Bros. Const. Co.*, 566 N.E.2d 239, 241 (Ill. 1990).............................................8
*Erkol v. Marshall Field & Co.*, 1989 U.S. Dist. LEXIS 2071, *10 (N.D.Ill.) ................3,6,8,9,10
*Glass v. City of Chicago*, 751 N.E.2d 141 (Ill. Ct. App. 2001).....................................................11
*Green v. Jewel Food Stores, Inc.*, 799 N.E.2d 740, 742 (Ill. App. Ct. 2003)................................6
*Hartung v. Maple Investment & Development Corp.*,
612 N.E.2d 885, 887 (Ill. Ct. App. 1993) ......................................................................2,7,11,12,15
*Johnson v. United States*, 1999 U.S. Dist. LEXIS 9819 (N.D.Ill.)................................................3
*Kimbrough v. Jewel Cos.*, 92 Ill. App. 3d 813, 817 (Ill. Ct. App. 1981) ....................................6,8
*Lebron v. Pizza Hut of Am., Inc.*, 2004 U.S. Dist. LEXIS 21821 (N.D.Ill.)..................................3
*Magallon v. The Limited Stores, Inc.*, 1988 U.S. Dist. LEXIS 9734.............................................3
*Masterson v. Target Corp.*, 2007 U.S. Dist. LEXIS 57426 (N.D.Ill.)...........................................3
*Pageloff v. Gaumer*, 849 N.E.2d 1086 (Ill. App. Ct. 2006)..........................................................13
*Radovanovic v. Wal-Mart Stores East*, 2006 U.S. Dist LEXIS 4383 (N.D.Ill.)............................3
*Reid v. Kohl's Dept. Stores, Inc.*, 2007 WL 2778639 (N.D.Ill.)....................................................3
RESTATEMENT (SECOND) OF TORTS, § 343A, comment B, at 219 (1965)..............................8
*Vukadinovich v. Bd. Of Sch. Trs. Of N. Newton Sch. Corp.*,
278 F.3d 693, 699 (7th Cir. 2002) ...................................................................................................5

*Ward v. K Mart Corp.*, 554 N.E.2d 223, 226 (Ill. 1990) .................................................................6

**STATUTES**

Federal Rule of Civil Procedure 56(b) ........................................................................................... 1
Federal Rule of Civil Procedure 56(c) ........................................................................................... 5
Federal Rule of Civil Procedure 56(e) ........................................................................................... 5