IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEL PRENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-CV-06749 |
| | ) | |
| KOHL'S DEPARTMENT STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

<u>**DEFENDANT, KOHL'S DEPARTMENT STORES, INC.'S
MOTION FOR SUMMARY JUDGMENT**</u>

<u>LIST OF EXHIBITS
IN SUPPORT OF MOTION FOR SUMMARY JUDMENT</u>

Defendant, Kohl's Department Stores, Inc., through counsel, Segal, McCambridge, Singer & Mahoney, Ltd., hereby submits the following exhibits in support of its Motion for Summary Judgment.:

- **Exhibit A**    Defendant's Notice of Removal
- **Exhibit B**    Plaintiff's Complaint at Law filed July 9, 2007
- **Exhibit C**    Deposition of Carmel Prendergast (*Plaintiff*)
- **Exhibit D**    Deposition of Darryl Smith (*Kohl's Manager on Duty*)
- **Exhibit E**    Photographs

        Respectfully submitted,

        Segal McCambridge Singer & Mahoney, Ltd.

        By: s/ Nancy S. Woodworth
            Nancy S. Woodworth, #6288723
            One of the Attorneys for Defendant,
            Kohl's Department Stores, Inc.

Steven A. Hart, Esq. #6211008
Nancy S. Woodworth, Esq. #6288723
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower – Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711