**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

CARMEL PRENDERGAST

v.                                          } No. 2007L007055
                                              CALENDAR/ROOM C
KOHL'S DEPARTMENT STORES, INC.                TIME 00:00
                                              PI Other

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category and then check the subcategory thereunder, if applicable, which best characterizes your action.

Jury Demand ☑ Yes ☐ No

☑ **PERSONAL INJURY/WRONGFUL DEATH**

- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☑ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action *(Please Specify Below**)*
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

☐ **062 PROPERTY DAMAGE**

☐ **066 LEGAL MALPRACTICE**

☐ **TAX & MISCELLANEOUS REMEDIES**

- ☐ 007 Confession of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

(FILE STAMP)

☐ **COMMERCIAL LITIGATION**

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action *(Please Specify Below**)*
- ☐ 075 Other Commercial Litigation *(Please Specify Below**)*
- ☐ 076 Retaliatory Discharge

☐ **077 LIBEL/SLANDER**

☐ **OTHER ACTIONS**

- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

By: _____
   (Attorney)                (Pro Se)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CARMEL PRENDERGAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| KOHL'S DEPARTMENT STORES, | ) |
| INC. | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, CARMEL PRENDERGAST, by her attorneys, PITTACORA & CROTTY, LLC, and complaining of the Defendant, KOHL'S DEPARTMENT STORES, INC., states as follows:

### PARTIES

1. Plaintiff, Carmel Prendergast ("Prendergast") is an individual and resident of Palos Heights, Cook County, Illinois.

2. Defendant, Kohl's Department Stores, Inc. ("Kohl's"), is a Delaware corporation that operates several retail stores in the Chicagoland area. On or about November 17, 2005, on information and belief, Kohl's owned, operated and controlled a Kohl's Department Store located at 3 Orland Park Place, Orland Park, Cook County, Illinois (hereinafter referred to as the "Store").

### JURISDICTION AND VENUE

3. This complaint seeks damages for injuries occurring on the property located at 3 Orland Park Place, Orland Park, Cook County, Illinois. Jurisdiction and venue are proper in this Court in that the Defendant does business in Cook County, and

all of the acts complained of herein occurred in Cook County. Further, the amount sought is in excess of $30,000.00.

## COUNT I

4. On or about November 17, 2005, Prendergast was a pedestrian and business invitee at the Store.

5. On or about November 17, 2005, Prendergast exited her vehicle and attempted to walk on the sidewalk directly appurtenant to the Store

6. While approaching the Store, Prendergast fell on a rough, patched section of cement in front of the Store.

7. At that time and at all times mentioned herein, Kohl's was under a duty to use ordinary care to maintain its property, and specifically the sidewalk in front of the Store, in a reasonably safe and secure condition for the lawfully intended use thereof by all persons.

8. That Kohl's, disregarding said duty, engaged in one or more of the following wrongful acts or omissions:

   a. Carelessly, negligently and improperly failed to repair a rough, patched section of cement in the sidewalk in front of the Store, in violation of Orland Park Village Codes, §302.3 and Village Ord. 3320-12-6-99;

   b. Carelessly, negligently and improperly failed to offer an alternative route to pedestrians encountering the rough, patched section of cement in the sidewalk in front of the Store;

   c. Carelessly, negligently and improperly failed to warn pedestrians of the rough, patched section of cement in the sidewalk in front of the Store; and

   d. Carelessly, negligently and improperly otherwise failed to maintain its premises, in violation of Orland Park Village Codes, §302.3 and Village Ord. 3320-12-6-99.

9. As a direct and proximate result of the foregoing wrongful acts and omissions of Kohl's, Prendergast suffered severe and disabling physical injuries, disability, pain, suffering, and mental anguish; and was compelled to seek and obtain medical and hospital care and treatment and will in the future require additional medical care; incurred and will continue to incur in the future bills for medical and hospital care and attention, and was damaged and delayed in her usual course of affairs and occupation.

WHEREFORE, Plaintiff, CARMEL PRENDERGAST, requests judgment against the Defendant, KOHL'S DEPARTMENT STORES, INC., for an amount to be determined by a jury, and in any event in excess of $30,000 plus interest and costs, as well as award it any and all additional relief that this Court deems equitable and just.

Plaintiff demands trial by jury in this matter.

Date:   July 9, 2007

Respectfully Submitted,

Carmel Prendergast

By: *[signature]*
One of her Attorneys

James R. Pittacora
Elizabeth S. Stevens
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
(708) 390-2800
(708) 390-2801 – facsimile
Atty Id. 41533

3

## AFFIDAVIT OF ATTORNEY JAMES R. PITTACORA
## PURSUANT TO SUPREME COURT RULE 222

I, JAMES R. PITTACORA, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, state that I am one of the attorneys for the Plaintiff, and based on my experience in handling personal injury matters, and my review of the facts of this case and the injuries involved, the value of this case exceeds the amount of $50,000.00.

_____
PITTACORA & CROTTY
By: James R. Pittacora

SIGNED and SUBSCRIBED to
before me this __6th__ day of
July ___, 2007.

_____
Notary Public

"OFFICIAL SEAL"
Linda M. McCain
Notary Public, State of Illinois
My Commission Exp. 05/09/2010

James R. Pittacora
Elizabeth S. Stevens
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
(708) 390-2800
(708) 390-2801 – facsimile
Atty Id. 41533

4