











Case 1:07-cv-06749 Document 19-9 Filed 09/12/2008 Page 3 of 3