Firm I.D. No. 13681　　　　　　　7095.132　　　　　　　　　　SAH/NW

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARMEL PRENDERGAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.　07:CV-6749 |
| | ) Judge William T. Hart |
| KOHL'S DEPARTMENT STORES, INC. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:　James R. Pitticora, Esq. – Pitticora & Crotty, LLC
　　　9550 W. Bormet Dr., Suite 205 Mokena, Illinois 60448

　　　PLEASE TAKE NOTICE that on the **12th** day of **September, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Defendant, Kohl's Department Stores, Inc.'s Motion for Summary Judgment, Memorandum of Law, Statement of Facts and Supporting Exhibits**, copies of which are attached hereto.

　　　　　　　　　　　　　　　　　　　__/s/  Nancy S. Woodworth_____
　　　　　　　　　　　　　　　　　　　Nancy S. Woodworth, Esq.　, #6288723
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
　　　　　　　　　　　　　　　　　　　233 S. Wacker Dr., #5500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Telephone:  (312) 645-7800
　　　　　　　　　　　　　　　　　　　Fax:  (312) 645-7711
　　　　　　　　　　　　　　　　　　　nwoodworth@smsm.com