Firm I.D. No. 13681                7095.132                SAH/NSW

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CARMEL PRENDERGAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   07-CV-6749 |
| | ) Judge William T. Hart |
| KOHL'S DEPARTMENT STORES, INC. | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

TO:   James R. Pitticora, Esq. – Pitticora & Crotty, LLC
        9550 W. Bormet Dr., Suite 205 Mokena, Illinois 60448

PLEASE TAKE NOTICE that on the **12th** day of **September, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Defendant, Kohl's Department Stores, Inc.'s Motion for Summary Judgment, Memorandum of Law, Statement of Facts and Supporting Exhibits**, copies of which are attached hereto.

   /s/  Nancy S. Woodworth
Nancy S. Woodworth, Esq.    , #6288723
Attorney for Defendant
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
233 S. Wacker Dr., #5500
Chicago, Illinois 60606
Telephone:  (312) 645-7800
Fax:  (312) 645-7711
nwoodworth@smsm.com