# TABLE OF CONTENTS

INTRODUCTION ...................................................................................................1

STATEMENT OF UNDISPUTED MATERIAL FACTS ....................................3

LEGAL STANDARD ............................................................................................5

     I.     Summary Judgment Standard..................................................................5

     II.    Standard of Law – Sufficiency of Evidence..........................................6

     III.   Standard of Law – Duty of Business Owner..........................................6

     IV.   Standard of Law- *De Minimis* Exception .............................................7

     V.    Standard of Law – Open and Obvious Exception ..................................7

ARGUMENT ........................................................................................................8

     I.     No defect in the concrete sidewalk existed for which Kohl's could
         be found liable.......................................................................................8

     II.    Kohl's is entitled to summary judgment because any alleged imperfection in the
         sidewalk was *De Minimis*.....................................................................11

     III.   Kohl's is entitled to summary judgment because the area of the
         sidewalk where Plaintiff fell was an open and obvious condition ......13

CONCLUSION ...................................................................................................15