## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Carmel Prendergast

                           Plaintiff,

v.                                                           Case No.: 1:07–cv–06749
                                                             Honorable William T. Hart

Kohl's Department Stores, Inc.

                           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

      MINUTE entry before the Honorable William T. Hart:Status hearing set for 10/1/2008 is stricken. Briefing schedule set on defendant's motion for summary judgment, [19]: response due by 10/7/2008; reply due by 10/21/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.